IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

BANK OF AMERICA, *

    Plaintiff/Appellant *

vs. *

                              CASE NO. 4:06-CV-147 (CDL)

TADASHI S. MASUOKA and *
ELIZABETH J. MASUOKA,
                           *

    Defendants/Appellees
                           *

## O R D E R

Bank of America ("BOA") has appealed the bankruptcy court's order confirming the Debtors' Chapter 13 Plan and the bankruptcy court's order dated November 21, 2006 denying BOA's Motion to Alter, Amend or Modify Order of Confirmation. This Court reviews the bankruptcy court's conclusions of law *de novo* and the bankruptcy court's findings of fact for clear error. Fed. R. Bankr. P. 8013; *Unsecured Creditors Comm. v. Webb & Daniel,* 204 B.R. 830, 832 (M.D. Ga. 1997). For the following reasons, the orders of the bankruptcy court are affirmed.

BOA failed to file an objection to the confirmed plan prior to the bankruptcy court's confirmation of the plan. At the hearing on BOA's Motion to Alter, Amend or Modify Order of Confirmation, the bankruptcy court found that BOA had failed to present evidence that its failure to file a timely objection was excusable. The bankruptcy court expressly rejected BOA's contention that it did not receive

legal notice of its right to object to confirmation of the plan. This Court has reviewed the entire relevant record and finds that the bankruptcy court's findings were not clearly erroneous. Insofar as BOA contends that the notice was defective as a matter of law for due process or other reasons, the Court rejects this contention and finds that the bankruptcy court correctly concluded that the notice was adequate.

The Court further notes that the bankruptcy court found that even if timely objection had been made, BOA failed to present sufficient evidence to sustain its objections. The Court finds that this finding of the bankruptcy court is supported by the record and is not clearly erroneous. The Court further finds that the bankruptcy court's legal conclusion regarding the viability of BOA's objections were correct.

In summary, having reviewed the record in this case, the Court finds that the bankruptcy court's findings of fact were not clearly erroneous and that the bankruptcy court's conclusions of law were correct. Accordingly, the orders of the bankruptcy court are affirmed.

IT IS SO ORDERED, this 9th day of February, 2007.

            S/Clay D. Land
             CLAY D. LAND
         UNITED STATES DISTRICT JUDGE